**Motion Denied and Order filed June 23, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-01002-CR

———————

### JOSE REYES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause No. 1447247

## ORDER

Appellant is represented by appointed counsel, Randall J. Ayers. Appellant's brief was originally due March 12, 2015. We have granted a total of 90 days to file appellant's brief until June 12, 2014. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On June 16, 2015, counsel filed a further request for extension of

time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

Accordingly, we order Randall J. Ayers to file a brief with the clerk of this court on or before July 13, 2015. If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Christopher, Brown and Wise.